**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000094**
**07-AUG-2020**
**09:10 AM**

NO. CAAP-20-0000094

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee/Cross-Appellant, v.
CODY M. SAFADAGO, Defendant-Appellant/Cross-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CPC-17-0000172)

ORDER APPROVING STIPULATION TO DISMISS CROSS-APPEAL
(By: Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation to Dismiss Cross-Appeal (Stipulation to Dismiss), filed August 4, 2020, by Plaintiff-Appellee/Cross-Appellant State of Hawaiʻi (State), the papers in support, and the record, it appears that (1) the parties stipulate to dismiss the State's cross-appeal with prejudice, under Hawaiʻi Rules of Appellate Procedure Rule 42(b), with the parties to bear their own fees and costs; and (2) the Stipulation to Dismiss is dated and signed by counsel for all parties appearing in the appeal and cross-appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss is approved and the State's cross-appeal is dismissed

with prejudice.  The parties shall bear their own fees and costs related to the cross-appeal.

DATED:  Honolulu, Hawaiʻi, August 7, 2020.

/s/ Katherine G. Leonard
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge